ALl

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FARRIS and ERIC OTTENS, | Case No.: 3:17-cv-02590-AHG |
| Plaintiffs/Counter-Defendants, | **ORDER OF DISMISSAL** |
| v. | [ECF No. 56] |
| LUKE D'ANGELO, STEVE COX, APPTECH CORP., TRANSFER ONLINE, INC., and DOES 1-25, | |
| Defendants/Counter-Claimants. | |

| | |
|---|---|
| 1 | |
| 2 | The parties' Joint Motion to Dismiss With Prejudice (ECF No. 56) is **GRANTED**. |
| 3 | This action is hereby **DISMISSED WITH PREJUDICE.** |
| 4 | Pursuant to the parties' Consent to Exercise of Jurisdiction by a United States |
| 5 | Magistrate Judge and Order of Reference, the Court will retain jurisdiction over all disputes |
| 6 | related to enforcement of the settlement agreement in this matter until January 30, 2024. |
| 7 | ECF No. 55. The parties shall bear their own fees and costs, except as otherwise provided |
| 8 | in the consent form. |
| 9 | **IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated: March 17, 2020 |
| 12 | _____ |
| 13 | Honorable Allison H. Goddard<br>United States Magistrate Judge |